DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**
APR - 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

CARLOS ALBERTO ESCAMILLA JR

LUPE B ESCAMILLA

        Debtors

) Chapter 13
)
) Case No. 10-57242 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487618 for an unclaimed dividend in the amount of $0.01. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    CARLOS ALBERTO ESCAMILLA JR
    LUPE B ESCAMILLA
    740 VERDUN AVE
    HOLLISTER, CA 95023

Dated: April 05, 2011

                                      DEVIN DERHAM-BURK, TRUSTEE